**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

AUG - 2 2013

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

DAVONTA MELVIN ROLAND,      )
                            )
            Plaintiff,      )
                            )
    v.                      )       Civil Action No. 13-1196
                            )
OFFICE OF JUDGE IN CHAMBERS, )
                            )
            Defendant.      )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

It appears that plaintiff attempted to file a case in the Superior Court of the District of Columbia on July 10, 2013, but when she returned on July 12, 2013 there were "no forms to be found," forcing her "to refile [her case on] July 16[, 2013]." Compl. at 1. She deems this an "abuse of process without due process" of law, as well as an unlawful delay in proceedings. *Id.* Among other relief, she demands damages of $7 billion. *Id.* This Court has no jurisdiction to review or reverse the decisions of the Superior Court, or to direct the activities of the Judge in Chambers. *See, e.g., Mooreman v. U.S. Bank, N.A.*, No. 10-1219, 2010 WL 2884661, at *1 (D.D.C. July 10, 2010); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995). Accordingly, the Court will dismiss this action. An Order is issued separately.

DATE: 7/29/13

United States District Judge